MATTHEW J. GAUGER, Bar No. 139785
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814-2341
Telephone (916) 443-6600
Fax (916) 442-0244

Attorneys for Defendant
International Association of Machinists

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BELLAH, | ) No.      2:08-CV-00066-FCD-GGH |
| Plaintiff, | ) STIPULATED MOTION EXTENDING |
| v. | ) TIME AND PROPOSED ORDER ) PURSUANT TO LOCAL RULE 6-144 |
| AMERICAN AIRLINES, INC., MET LIFE, INTERNATIONAL ASSOCIATION OF MACHINISTS, | ) |
| Defendants. | ) |

Under United State District Court Eastern District of California Local Rule 6-144,

Defendant International Association of Machinists ("IAM" or "the Union") hereby submits its

Extension of Time on Stipulation of thirty (30) days to file its Answer to the Complaint of Plaintiff

Barbara Bellah.  IAM's answer was due on April 28, 2008 and is now due on May 28, 2008.

Counsel for Plaintiff is John Paul Henderson.  The Plaintiff joins this stipulation.

Dated: April 23, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:_____/s/   Matthew J. Gauger_____
MATTHEW J. GAUGER
Attorneys for Defendant
International Association of Machinists

1

LAW OFFICES OF JOHN P. HENDERSON

2

By:  ___/s/___ John P. Henderson

3
JOHN P. HENDERSON
Attorney for Plaintiff Barbara Bellah

4

5

6       IT IS SO ORDERED:

7   DATE: April 28, 2008

8

9
JUDGE FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT JUDGE

10
EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600