1  JOHN P. HENDERSON, ESQ. SB#125222
2  DAVID C. HENDERSON, ESQ., SB#68181
   **LAW OFFICES OF JOHN P. HENDERSON**
3  1522 Lincoln Way
   Auburn, CA 95603
4  Telephone:  (530) 889-0304
   Facsimile:   (530) 889-0306
5

6  Attorney for Plaintiff BARBARA BELLAH

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 BARBARA BELLAH,                        Case No.:  2:08 CV 00066-FCD-GGH

12     Plaintiffs,                        **ORDER ON REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITIOIN TO MOTION FOR JUDGMENT**

13 v.

14 AMERICAN AIRLINES, INC., MET LIFE,     DATE:   JULY 25, 2008
   INTERNATIONAL ASSOCIATION OF           TIME:   10:00 a.m.
15 MACHINISTS and DOES 1 through DOES 1   DEPT:   COURTROOM 2
   through 25, inclusive,                 JUDGE:  THE HONORABLE
16                                                 FRANK C. DAMRELL, JR.
       Defendants,
17

18

19
        The Motion for Summary Judgment of Defendant INTERNATIONAL ASSOCIATION OF
20
   MACHINISTS  is set for hearing on July 25, 2008 at 10:00 a.m. before this Court.    Plaintiff
21
   BARBARA BELLAH's  request to the court for an extension of time up to the end of the business day,
22
   Monday, July 14, 2008, for plaintiff to file her Opposition to International Association of Machinists'
23
   Motion for Summary Judgment is granted.
24
   DATED: July 14, 2008
25
                                              _____
26                                            FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE
27

28
                                           - 1 -
   _____
           [PROPOSED] ORDER ON REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S
                      OPPOSITION TO MOTION FOR SUMMARY JUDGMENT