UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BARBARA BELLAH,

        Plaintiff,

    v.

AMERICAN AIRLINES, INC., et. al.,

        Defendants.

NO. CIV. S-08-0066 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.    The hearing on Defendant American Airlines, Inc.'s Motion for Summary Judgment, and Defendant MetLife's Motion for Summary Judgment is continued to August 21, 2009, at 10:00 a.m. Plaintiff shall file and serve its opposition briefs or notices of non-opposition no later than August 7, 2009.  The Defendants may file and serve their replies on or before August 14, 2009.

    2.    Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 78-230(c).

    3.    Plaintiff's counsel shall file his response to the order to show cause on or before August 7, 2009.

4.  A hearing on the order to show cause, if necessary, will follow the hearing on the Motions.

IT IS SO ORDERED.

DATED: July 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE